# AmplifyX

## PROFIT AND LOSS
### February 2019

| | TOTAL |
|---|---:|
| **Income** | |
|   Sales | 27,207.47 |
| **Total Income** | **$27,207.47** |
| **GROSS PROFIT** | **$27,207.47** |
| **Expenses** | |
|   Advertising & Marketing | 3,132.68 |
|   Bank Charges & Fees | 35.00 |
|   Business Meals | 799.09 |
|   Charitable Contributions | 230.00 |
|   Contractors | 500.00 |
|   Event Costs | 483.93 |
|   Interest Paid | 148.85 |
|   Legal & Professional Services | 1,550.00 |
|   Office Supplies & Software | 1,985.14 |
|   Payroll Expenses | |
|     Payroll Wage Expenses | 8,341.88 |
|   **Total Payroll Expenses** | **8,341.88** |
|   QuickBooks Payments Fees | 241.56 |
|   Rent & Lease | 1,100.00 |
|   Stripe Fees | 230.19 |
|   Travel | 1,449.60 |
|   Utilities | 273.69 |
| **Total Expenses** | **$20,501.61** |
| **NET OPERATING INCOME** | **$6,705.86** |
| **NET INCOME** | **$6,705.86** |

# AmplifyX

## PROFIT AND LOSS
### March 2019

|  | TOTAL |
|---|---|
| **Income** | |
|   Sales | 27,382.50 |
|   Unapplied Cash Payment Income | -3,875.00 |
| **Total Income** | **$23,507.50** |
| **GROSS PROFIT** | **$23,507.50** |
| **Expenses** | |
|   Advertising & Marketing | 1,515.33 |
|   Bookkeeping | 400.00 |
|   Business Meals | 2,300.71 |
|   Charitable Contributions | 10.00 |
|   Contractors | 4,044.57 |
|   Education and Classes | 5,000.00 |
|   Interest Paid | 11.38 |
|   Legal & Professional Services | 313.50 |
|   Office Supplies & Software | 1,090.16 |
|   Payroll Expenses | 1,180.07 |
|     Payroll Wage Expenses | 8,079.06 |
|   **Total Payroll Expenses** | **9,259.13** |
|   QuickBooks Payments Fees | 469.62 |
|   Rent & Lease | 1,840.30 |
|   Stripe Fees | 176.68 |
|   Training | 5,000.00 |
|   Travel | 804.14 |
|   Travel Meals | 124.62 |
|   Utilities | 624.20 |
| **Total Expenses** | **$32,984.34** |
| **NET OPERATING INCOME** | **$ -9,476.84** |
| **NET INCOME** | **$ -9,476.84** |

Cash Basis  Thursday, June 13, 2019 02:58 PM GMT-7

# AmplifyX

## PROFIT AND LOSS
### April 2019

| | TOTAL |
|---|---:|
| **Income** | |
|   Sales | 9,435.00 |
| **Total Income** | **$9,435.00** |
| **GROSS PROFIT** | **$9,435.00** |
| **Expenses** | |
|   Advertising & Marketing | 122.34 |
|   Bank Charges & Fees | 34.25 |
|   Bookkeeping | 400.00 |
|   Business Meals | 501.50 |
|   Charitable Contributions | 10.00 |
|   Contractors | 3,410.00 |
|   Event Costs | 630.44 |
|   Insurance | 16.00 |
|   Interest Paid | 226.68 |
|   Job Supplies | 107.99 |
|   Office Supplies & Software | 1,249.97 |
|   Other Business Expenses | 67.12 |
|   Payroll Expenses | |
|     Payroll Wage Expenses | 10,236.99 |
|   **Total Payroll Expenses** | **10,236.99** |
|   QuickBooks Payments Fees | 83.64 |
|   Rent & Lease | 1,547.00 |
|   Stripe Fees | 18.95 |
|   Taxes & Licenses | 600.00 |
|   Travel | 1,520.06 |
|   Travel Meals | 23.30 |
|   Utilities | 132.54 |
| **Total Expenses** | **$20,938.77** |
| **NET OPERATING INCOME** | **$ -11,503.77** |
| **NET INCOME** | **$ -11,503.77** |

# AmplifyX

## PROFIT AND LOSS
### December 2018

|  | TOTAL |
|---|---:|
| **Income** | |
| Sales | 15,785.00 |
| **Total Income** | **$15,785.00** |
| **GROSS PROFIT** | **$15,785.00** |
| **Expenses** | |
| Advertising & Marketing | -139.66 |
| Advertising- behalf of clients. | 3.44 |
| Bank Charges & Fees | 20.39 |
| Business Meals | 383.67 |
| Charitable Contributions | 10.00 |
| Contractors | 678.00 |
| Education and Classes | 10.99 |
| Interest Paid | 137.89 |
| Job Supplies | 1,031.21 |
| Legal & Professional Services | 78.21 |
| Office Supplies & Software | 543.15 |
| Payroll Expenses | |
|   Payroll Processing Fees | 1,122.66 |
|   Payroll Tax Expense | 1,860.42 |
|   Payroll Wage Expenses | 3,156.62 |
| **Total Payroll Expenses** | **6,139.70** |
| QuickBooks Payments Fees | 53.20 |
| Rent & Lease | 1,600.00 |
| Stripe Fees | 86.25 |
| Travel | 216.47 |
| Utilities | 717.91 |
| **Total Expenses** | **$11,570.82** |
| **NET OPERATING INCOME** | **$4,214.18** |
| **NET INCOME** | **$4,214.18** |

Cash Basis  Thursday, June 13, 2019 02:59 PM GMT-7

# AmplifyX

## PROFIT AND LOSS
### May 2019

| | TOTAL |
|---|---:|
| **Income** | |
|   Sales | 19,654.00 |
| **Total Income** | **$19,654.00** |
| **GROSS PROFIT** | **$19,654.00** |
| **Expenses** | |
|   Advertising & Marketing | 36.00 |
|   Bookkeeping | 400.00 |
|   Business Meals | 540.97 |
|   Charitable Contributions | 10.00 |
|   Contractors | 3,040.00 |
|   Entertainment | 215.00 |
|   Fundbox Fees | 60.64 |
|   Interest Paid | 932.96 |
|   Legal & Professional Services | 3,348.25 |
|   Office Supplies & Software | 1,442.30 |
|   Other Business Expenses | 14.03 |
|   Payroll Expenses | |
|     Payroll Wage Expenses | 8,366.76 |
|   **Total Payroll Expenses** | **8,366.76** |
|   QuickBooks Payments Fees | 484.29 |
|   Rent & Lease | 1,309.00 |
|   Stripe Fees | 54.86 |
|   Training | 494.00 |
|   Travel | 1,676.19 |
|   Travel Meals | 6.57 |
|   Utilities | 765.77 |
| **Total Expenses** | **$23,197.59** |
| **NET OPERATING INCOME** | **$ -3,543.59** |
| **NET INCOME** | **$ -3,543.59** |

Cash Basis  Thursday, June 13, 2019 02:59 PM GMT-7

# AmplifyX

## PROFIT AND LOSS
### June 2019

|  | TOTAL |
|---|---|
| **Income** | |
|   Sales | 10,435.00 |
| **Total Income** | **$10,435.00** |
| **GROSS PROFIT** | **$10,435.00** |
| **Expenses** | |
|   Advertising & Marketing | 184.59 |
|   Bookkeeping | 400.00 |
|   Business Meals | 201.03 |
|   Charitable Contributions | 137.00 |
|   Contractors | 490.00 |
|   Event Costs | 294.64 |
|   Fundbox Fees | 59.52 |
|   Interest Paid | 835.88 |
|   Office Supplies & Software | 833.61 |
|   Other Business Expenses | 109.73 |
|   Parking | 10.75 |
|   Payroll Expenses | 3,025.81 |
|     Payroll Wage Expenses | 3,345.80 |
|   **Total Payroll Expenses** | **6,371.61** |
|   QuickBooks Payments Fees | 190.59 |
|   Shipping & Postage | 22.13 |
|   Travel | 418.17 |
|   Travel Meals | 353.43 |
|   Utilities | 341.05 |
| **Total Expenses** | **$11,253.73** |
| **NET OPERATING INCOME** | **$ -818.73** |
| **NET INCOME** | **$ -818.73** |

Cash Basis  Monday, August 12, 2019 12:12 PM GMT-7

# AmplifyX

## PROFIT AND LOSS
### July 2019

| | TOTAL |
|---|---:|
| **Income** | |
|   Sales | 11,943.00 |
| **Total Income** | **$11,943.00** |
| **GROSS PROFIT** | **$11,943.00** |
| **Expenses** | |
|   Bookkeeping | 400.00 |
|   Charitable Contributions | 10.00 |
|   Fundbox Fees | 145.98 |
|   Interest Paid | 742.49 |
|   Payroll Expenses | 5,043.52 |
|   QuickBooks Payments Fees | 325.71 |
| **Total Expenses** | **$6,667.70** |
| **NET OPERATING INCOME** | **$5,275.30** |
| **NET INCOME** | **$5,275.30** |

Cash Basis  Monday, August 12, 2019 12:12 PM GMT-7