# United States Bankruptcy Court
# Eastern District of Pennsylvania

In RE:  **Stacey Lievens**                                 :   Case No:  **19-15326**
                                                           :
                                                           :
                                         Debtor            :   Chapter 13

## CERTIFICATION OF SERVICE

    IT IS HEREBY CERTIFIED, that on **December 18, 2019**, a true and correct copy of Debtor's **2nd Amended Plan** was served upon the parties listed below, in the above captioned matter, in the manner listed below:

| | |
|---|---|
| William C Miller, Esquire<br>Chapter 13 Standing Trustee<br>PO Box 1229<br>Philadelphia, PA 19105 | Electronic Mail |
| Stacey Lievens<br>513 South Old Middletown Rd<br>Media, PA 19063 | Electronic Mail |
| Office of the United States Trustee<br>833 Chestnut Street, Ste. 501<br>Philadelphia, PA 19107 | Electronic Mail |
| PA Dept. of Revenue<br>Bankruptcy Division<br>P O Box 280946<br>Harrisburg, PA 17128 | First Class and Electronic Mail |
| Dept. of Treasury<br>IRS<br>Cincinnati, OH 45999 | First Class and Electronic Mail |
| Toyota Motor Credit Corp<br>P O Box 9013<br>Addison, TX 75001 | First Class and Electronic Mail |
| Creditors listed on Claims Register | First Class and Electronic Mail |

Respectfully Submitted,

**Jeanne Marie Cella and Associates, LLC**

BY: _/s/ **Jeanne Marie Cella, Esq.**_____
    Jeanne Marie Cella, Esquire
    Attorney for Debtor