# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey G. Lievens aka Stacey G Canfield fka Stacey Green Canfield <br><br>                    Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns <br><br>                    Movant <br>    vs. | NO. 19-15326 MDC |
| Stacey G. Lievens aka Stacey G Canfield fka Stacey Green Canfield <br><br>                    Debtor(s) | |
| William C. Miller Esq. <br><br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about **October 3, 2019, docket number 13**.

                                              Respectfully submitted,

                                 By: **/s/ Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322
                                                Attorney for Movant/Applicant

December 18, 2019