## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

**In re:** Stacey Lievens            :
                                     :         **Bankruptcy No: 19-15326**
                                     :         **Chapter 13**
            **Debtor**               :

## NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties Jeanne Marie Cella, Esquire, counsel for the Debtors, has filed an Application seeking compensation of **$5**,000.00 for the firm's services in this case. Any Objections to this Application must be filed and served upon us within twenty-one (21) days from February 24, 2020, on or before which date the Application was filed. A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtors. Other interested parties can obtain a copy on request.

Respectfully submitted,

*/s/ Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire

Dated: February 24, 2020