## ED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

**In re:** Stacey Lievens            :
                                    :    **Bankruptcy No:** 19-15326
                                    :    **Chapter 13**
            **Debtor**              :

## ORDER ALLOWING COMPENSATION

AND NOW, this  25th  day of  March , 20 20 , Jeanne Marie Cella and Associates, LLC through Jeanne Marie Cella, Esquire, counsel for the Debtor, are awarded $5,000.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $3,000.00 to the said counsel from the plan payments which he has received on the Debtor's account.

_____
MAGDELINE D COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE