United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15326-mdc
Stacey G Lievens                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD              Page 1 of 1              Date Rcvd: Mar 25, 2020
                           Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db             +Stacey G Lievens,    513 South Old Middletown Rd,   Media, PA 19063-4909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
          JEANNE MARIE CELLA    on behalf of Debtor Stacey G Lievens paralegal@lawjmc.com,
            pennduke@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
            bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
            bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                  TOTAL: 5

## ED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

In re:  Stacey Lievens                              :
                                                    :          **Bankruptcy No:  19-15326**
                                                    :           **Chapter 13**
                              **Debtor**             :

## ORDER ALLOWING COMPENSATION

    AND NOW, this ___25th___ day of __March__, 20_20_, Jeanne Marie Cella and Associates,

LLC through Jeanne Marie Cella, Esquire, counsel for the Debtor, are awarded $5,000.00

as compensation for the firm's services in this case, the Trustee is authorized and

directed to pay the amount of $3,000.00 to the said counsel from the plan payments

which he has received on the Debtor's account.


_____
MAGDELINE D COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE