**Jeanne Marie Cella and Associates, LLC**
**BY:  JEANNE MARIE CELLA, ESQUIRE**
**215 N Olive St, Ste 101**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                               **Attorney for Debtor**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Stacey G Lievens                                :         Chapter 13

        Debtor                                          :         Bky. No. 19-15326


### PRAECIPE FOR CHANGE OF ADDRESS

TO THE CLERK:

Please change debtor, Stacey Lievens's address on the court record, as follows:

    2108 Asbury Park Dr
    Round Rock, TX 78665


        Respectfully,

        Jeanne Marie Cella and Associates, LLC


        **BY:**/s/: Jeanne Marie Cella, Esq
        **Jeanne Marie Cella, Esquire**
        Attorney for Debtor

Date:  November 17, 2020