IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 19-15326-mdc |
| STACEY G. LIEVENS. | Chapter 13 |
| Debtor, | |
| | Doc. No. 31, 33 |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| V. | |
| STACEY G. LIEVENS, and KENNETH E. WEST, Trustee | |
| Respondents. | |

## **ORDER OF COURT**

AND NOW, this 21st day of November 2021, upon consideration of the foregoing *Certification of Default of the Stipulation to Resolve the Motion for Relief from Stay Regarding the:* 2018 Toyota C-HR, VIN# NMTKHMBX2JR030875 it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Toyota Motor Credit Corporation.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge