United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15326-amc |
| Stacey G Lievens | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin         Page 1 of 3
Date Rcvd: Sep 26, 2024      Form ID: 138OBJ     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacey G Lievens, 2108 Asbury Park Dr., Round Rock, TX 78665-5014 |
| 14379572 | + | Dan Lievens, 513 S Old Middletown Rd, Media, PA 19063-4909 |
| 14379567 | + | Daniel Canfield, 820 West G Street, San Diego, CA 92101-5934 |
| 14396900 | + | Toyota Motor Credit Corporation, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14393896 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 00:26:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14379568 | + | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 00:26:36 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14379569 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2024 00:20:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14379570 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:43:25 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14379571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:43:30 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14379574 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:19:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14383928 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14379573 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2024 00:20:00 | Department of Treasury, IRS, Cincinnati, OH 45999-0030 |
| 14379575 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 27 2024 00:21:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14379576 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 27 2024 00:21:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14379577 | + | Email/Text: bnc@nordstrom.com | Sep 27 2024 00:20:46 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14379580 | | Email/Text: bkrgeneric@penfed.org | Sep 27 2024 00:19:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313 |
| 14412536 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:43:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

Case 19-15326-amc    Doc 50    Filed 09/28/24    Entered 09/29/24 00:37:20    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14379578 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2024 00:20:00 | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, CA 17129-0001 |
| 14382909 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14379579 | + | Email/Text: bkrgeneric@penfed.org | Sep 27 2024 00:19:00 | Pentagon Federal Cr Un, Po Box 1432, Alexandria, VA 22313-1432 |
| 14379581 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 27 2024 00:20:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14396619 | ^ | MEBN | Sep 27 2024 00:00:38 | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14395569 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 27 2024 00:20:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14808651 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 00:26:38 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14398957 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Stacey G Lievens paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 26, 2024 | Form ID: 138OBJ | Total Noticed: 25

KEVIN G. MCDONALD
        on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 49 − 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Stacey G Lievens  )  Case No. 19−15326−amc
   aka Stacey G Canfield  )
   fka Stacey Green Canfield  )
     )  Chapter: 13
   Debtor(s).  )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 26, 2024        For The Court

       Timothy B. McGrath
       Clerk of Court